# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**JOYCE WALKER**                                                            **PLAINTIFF**

**V.**                          **CIVIL ACTION NO.: 4:18-cv-216-DMB-JMV**

**SUNFLOWER COUNTY, MISSISSIPPI;**
**GLENN H. DONALD, INDIVIDUALLY AND IN HIS**
**OFFICAL CAPACITY AS A MEMBER OF THE SUNFLOWER BOARD OF**
**SUPERVISORS; GLORIA MCINTOSH, CHANCERY CLERK OF SUNFLOWER**
**COUNTY, MISSISSIPPI AND SUNFLOWER COUNTY ADMINISTRATOR,**
**INDIVIDUALLY AND IN HER OFFICIAL CAPACITY**
**AND JOHN DOES, X, Y AND Z**                                **DEFENDANTS**

## ORDER AMENDING CASE MANAGEMENT ORDER

**THIS DAY, THIS CAUSE** came on to be heard on the *Joint Oral Motion of the Parties to Extend the Discovery and Motion Deadlines* in the above referenced matter, and this Court being fully advised in the premises, finds that there is good cause for the requested extensions, and this Court is of the opinion that the *Motion* is well taken and should be granted by this Court.

**IT IS, THEREFORE, ORDERED** that the discovery deadline is extended to **September 20, 2019**.

**IT IS FURTHER ORDERED** that the dispositive and *Daubert* motions deadline is extended to **October 2, 2019**.

All other dates and deadlines in the Case Management Order entered in this case shall remain the same unless later amended by this Court.

**SO ORDERED** this, the 29th day of August, 2019.

                                                             /s/ Jane M. Virden
                                                             **U. S. MAGISTRATE JUDGE**